No. 04–454. IN RE RODRIGUEZ-HAZBUN. Petition for writ of mandamus and/or prohibition denied.

No. 04–6579. IN RE BARKCLAY. Petition for writ of prohibition denied.

No. 04–28. AKERS ET AL. *v.* MCGINNIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–223. CHURCH OF THE AMERICAN KNIGHTS OF THE KU KLUX KLAN ET AL. *v.* KELLY, COMMISSIONER, NEW YORK CITY POLICE DEPARTMENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–296. HAGAN *v.* WARNER/ELEKTRA/ATLANTIC CORP. C. A. 6th Cir. Certiorari denied.

No. 04–300. BYNAM *v.* INTERMET MACHINING. C. A. 11th Cir. Certiorari denied.

No. 04–306. VENTURE COAL SALES CO. ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–308. PRUITT ET AL. *v.* COMCAST CABLE HOLDINGS, LLC. C. A. 10th Cir. Certiorari denied.

No. 04–320. BOST ET AL. *v.* FEDERAL EXPRESS CORP. C. A. 11th Cir. Certiorari denied.

No. 04–326. SWEENEY *v.* CARTER, ATTORNEY GENERAL OF INDIANA. C. A. 7th Cir. Certiorari denied.

No. 04–359. HABERERN *v.* SPRAGUE & SPRAGUE ET AL. Sup. Ct. Pa. Certiorari denied.

No. 04–440. STANLEY ET UX. *v.* CARPENTER, JUDGE, CIRCUIT COURT OF MICHIGAN, KENT COUNTY, ET AL. Ct. App. Mich. Certiorari denied.